(Rev. 4/97)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Mr. Emiliano Vazquez
Plaintiff

v.

Mr. Michael E. Deloy, Warden
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: #06050156 70-R

I, Emiliano Vazquez declare that I am the (check appropriate box)

✓ Petitioner/Plaintiff/Movant   Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fee or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings an that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? (Yes) No (If "No" go to Question 2)

   If "Yes" state the place of your incarceration Sussex Correctional Inst. Georgetown, De.

   Are you employed at the institution? YES Do you receive any payment from the institution? YES

   Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28: USC §2254.

2. Are you currently employed? Yes (No)

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | Yes | (No) |
| b. | Rent payments, interest or dividends | Yes | (No) |
| c. | Pensions, annuities or life insurance payments | Yes | (No) |
| d. | Disability or workers compensation payments | Yes | (No) |
| e. | Gifts or inheritances | Yes | (No) |
| f. | Any other sources | Yes | (No) |

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

4. Do you have a cash or checking or savings accounts? Yes (No)

If "Yes" state the total amount $ ______________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? Yes (No)

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

Cielo Marie Rivas Daughter

I declare under penalty of perjury that the above information is true and correct.

12-4-07
DATE

Emiliano Vazquez
SIGNATURE OF APPLICANT

---

# SEE ATTACHED SIX MONTH STATEMENT

# INMATE ACCOUNT STATEMENT

TO: Inmate Name: VAZQUEZ EMILIANO —
(Last) (First) (M.I.)
SBI Number: 181646
Housing Unit: ISLAND I

FR: Inmate Account Technician

DA:

RE: Summary Of Account

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Attached is your account statement for the six month period of 08/10, 07 through 09/30, 07.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ .01.

Attachment

Phyllis Redden
Notary

PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires October 31, 2007

Printed: 10/26/2007



# Average Daily Balance For Pauper Filing

*For Days the Individual was in Residence at SCI from 8/10/2007 through 9/30/2007*

**SBI: 00181646 NAME: VASQUEZ, EMILIANO**

| Date | Balance |
|---|---|
| 08/10/2007 | $0.00 |
| 08/11/2007 | $0.00 |
| 08/12/2007 | $0.00 |
| 08/13/2007 | $0.00 |
| 08/14/2007 | $0.00 |
| 08/15/2007 | $0.00 |
| 08/16/2007 | $0.00 |
| 08/17/2007 | $0.01 |
| 08/18/2007 | $0.01 |
| 08/19/2007 | $0.01 |
| 08/20/2007 | $0.01 |
| 08/21/2007 | $0.01 |
| 08/22/2007 | $0.01 |
| 08/23/2007 | $0.01 |
| 08/24/2007 | $0.01 |
| 08/25/2007 | $0.01 |
| 08/26/2007 | $0.01 |
| 08/27/2007 | $0.01 |
| 08/28/2007 | $0.01 |
| 08/29/2007 | $0.01 |
| 08/30/2007 | $0.01 |
| 08/31/2007 | $0.01 |
| 09/01/2007 | $0.01 |
| 09/02/2007 | $0.01 |
| 09/03/2007 | $0.01 |
| 09/04/2007 | $0.01 |
| 09/05/2007 | $0.01 |
| 09/06/2007 | $0.01 |
| 09/07/2007 | $0.01 |
| 09/08/2007 | $0.01 |
| 09/09/2007 | $0.01 |
| 09/10/2007 | $0.01 |
| 09/11/2007 | $0.01 |
| 09/12/2007 | $0.01 |
| 09/13/2007 | $0.01 |
| 09/14/2007 | $0.01 |
| 09/15/2007 | $0.01 |
| 09/16/2007 | $0.01 |
| 09/17/2007 | $0.01 |
| 09/18/2007 | $0.01 |
| 09/19/2007 | $0.01 |
| 09/20/2007 | $0.01 |
| 09/21/2007 | $0.01 |
| 09/22/2007 | $0.01 |
| 09/23/2007 | $0.01 |
| 09/24/2007 | $0.01 |
| 09/25/2007 | $0.01 |
| 09/26/2007 | $0.01 |

# *Average Daily Balance For Pauper Filing*

***For Days the Individual was in Residence at SCI from 8/10/2007 through 9/30/2007***

***SBI: 00181646*** ***NAME: VASQUEZ, EMILIANO***

| *Date* | *Balance* |
|---|---|
| 09/27/2007 | $0.01 |
| 09/28/2007 | $0.01 |
| 09/29/2007 | $0.01 |
| 09/30/2007 | $0.01 |

*Summary for 'SBI' = 00181646 (52 detail records)* **Average Daily Balance: $0.01**

# Prior Month -- Individual Statement

Date Printed: 10/26/2007



## For Month of August 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00181646 | VASQUEZ | EMILIANO | | | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 8/10/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mail CK | HRYCI | 8/17/2007 | $0.01 | $0.00 | $0.00 | $0.00 | $0.01 |

**Ending Mth Balance:** **$0.01**

# Individual Statement - No Transactions This Month

Date Printed: 10/26/2007



## For Month of December 1899

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00181646 | VASQUEZ | EMILIANO | | | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Ending Mth Balance: $0.00


I/M: Emiliano Vazquez BLDG. Med-A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI# 181646
U.S.M.S. X-RAY
Clerk of The Court
US District Court for Delaware
J Caleb Boggs Fed Bldg.
Lock Box 18.
844 King street
Wilmington Del. 19801