United State District Court
In and for New Castle County

§   ID Nos. 06070117055
          06050115670

§

Emiliano Vasquez, v. Deloy et al   Case Number 1:07-cv-812 SLR
Defendant.
§

## MOTION FOR TRANSCRIPTS

Comes now the defendant/movant, Emiliano Vasquez, of whom is currently incarcerated as a sentenced prisoner residing at the State of Delaware's Dept of Corrections', at Sussex Correctional Institution in Georgetown, Delaware; and respectfully requests THAT THE Superior Court Produce to This Honorable Judge the entire court record/transcripts of the above-numeraled criminal action/proceedings.

In support of this motion, movant offers the following:

1. Movant was sentenced on 4/20/07 resulting from plea agreement, to a minimum mandatory 10-yr. sentence for drug trafficking in 10-50 grams of heroin.

2. In view of the State's current reconsideration of such min./mand. sentences for certain drug offenses, movant wishes to request for This Court to See at the transcripts that on My Sentence Date. The Judge Mr. Fred S. Silverman "Stated" that this Sentence was Inappropriate.

3. Movant, on different occasions, has requested of his former court-appointed attorney, Mr. Joseph M. Bernstein, Esquire, that he provide to

1 of 2

FILED
JAN - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

this movant, a copy of said court transcripts yet, to no avail.

4. Movant has filed a motion to proceed in forma pauperis simultaneously with this present motion, to satisfy the court's filing fee requirement.

5. Movant has a need to possess the aforementioned entire court transcripts so that he can provide an accurate account of events to the court in reference to filing a sentence reduction / modification motion.

WHEREFORE, this movant respectfully requests that this Honorable Court grant this motion for transcripts in his favor, and have the court's prothonotary office produce said documents to THIS HONORABLE Judge.

Respectfully Submitted,

x Emiliano Vazquez
Emiliano Vasquez
Defendant / Movant

DATE: JANUARY 3, 2008.

I/M: Emiliano VAZQUEZ BLDG: Medium
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

United States District Court
844 N. King Street, Lockbox 18
Wilmington Delaware
19801-3570