IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EMILIANO VAZQUEZ                )
                                )
            Petitioner,          )
                                )
v.                              )          Civil Action No. 07-812-SLR
                                )
MICHAEL DELOY,                   )
Warden, and ATTORNEY             )
GENERAL OF THE STATE             )
OF DELAWARE,                     )
                                )
            Respondents.         )

**O R D E R**

WHEREAS, you have filed a form petition for federal habeas corpus relief

pursuant to 28 U.S.C. § 2254 and requested leave to proceed in forma pauperis

pursuant to 28 U.S.C. § 1915; and

WHEREAS, based on the information in your affidavit, your request to

proceed in forma pauperis is granted; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996

("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or

subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has

mandated that, before ruling on the merits of a your petition, you must be given notice

that the AEDPA applies to your pending petition, see United States v. Miller, 197 F.3d

644 (3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this _9th_ day of January 2008,

that, on or before _February 25, 2008_ , you must file the attached election form with the court. Failure to timely return the completed election form will result in the court's ruling on your pending petition as filed.


_Sue L. Robinson_
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EMILIANO VAZQUEZ )
)
Petitioner, )
)
v. ) Civil Action No. 07-812-SLR
)
MICHAEL DELOY, )
Warden, and ATTORNEY )
GENERAL OF THE STATE )
OF DELAWARE, )
)
Respondents. )

## AEDPA ELECTION FORM

1. _____    I wish the court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____          I wish to withdraw my § 2254 petition
                       without prejudice to file one all-inclusive
                       petition in the future; that is, one
                       that raises all the grounds I have for
                       federal habeas corpus relief.  I realize
                       this all-inclusive petition must be filed
                       within the one-year period as defined by
                       28 U.S.C. § 2244(d).  See Swartz v. Meyers,
                       204 F.3d 417 (3d Cir. 2000).

4. _____          I am not seeking federal habeas corpus
                       relief under § 2254.  I am instead seeking
                       relief under _____.

                       _____
                       Petitioner