D.I. #_____

# CIVIL ACTION NUMBER: 07-812 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

            OFFICIAL USE

Postage                         $  1.65
Certified Fee                      2.65         Postmark
Return Receipt Fee                 2.15           Here
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees            $  6.45

Sent To  Warden Michael Deloy, SCI
Street, Apt. No.;
or PO Box No.  P.O. Box 500
City, State, ZIP+4  Georgetown, DE 19947

PS Form 3800, August 2006              See Reverse for Instructions

7007 3020 0002 3321 7548
```