United States District Court
For the District of Delaware

Scanned

REC'D APR 1 8 2008

## Acknowledgement of Service Form
## For Service By Return Receipt

SS

Civil Action No. 07CV812SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

07-812-SLR

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Warden Michael Deloy
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): William W;sl
C. Date of Delivery: 3/17/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAR 18 2008 FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 3020 0002 3321 7548

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540