IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **EMILIANO VAZQUEZ**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 07-812-SLR |
| | : | |
| **MICHAEL DELOY**, Warden, and | : | |
| **JOSEPH R. BIDEN, III**, Attorney | : | |
| General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

### NOTICE OF FILING OF STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following Delaware Superior Court documents in case ID No. 0605015670 have been manually filed with the Court and are available in paper form only:

    a. Criminal Docket

    b. Motion for Postconviction Relief (Dkt. Item 30)

    c. Response of Joseph M. Bernstein (Dkt Item 37)

    d. Motion for Modification of Sentence (Dkt Item 38).

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General (Del. Bar. ID #. 3759)
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    elizabeth.mcfarlan@state.de.us

April 18, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2008, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on April 18, 2008, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Emiliano Vazquez
    SBI No. 181646
    Sussex Correctional Institution
    P.O. Box 500
    Georgetown, DE 19947

                                        /s/ Elizabeth R. McFarlan
                                        Deputy Attorney General
                                        Department of Justice
                                        820 N. French Street
                                        Wilmington, DE 19801
                                        (302) 577-8500
                                        Del. Bar. ID No. 3759
                                        elizabeth.mcfarlan@state.de.us